EXHIBIT - 1





| | |
|---|---|
| Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3141567<br>Date Taken: 10/16/2012<br>Photo Description: A pregnant Holly Madison is seen doing yoga outdoors.<br>Photo Location: California<br>Copyright Application Date: 11/19/2012<br>Application Number: 1-844507495<br>Copyright Registration Date: 11/19/2012<br>Registration Number: VA0001848033 | Domain: www.fanbox.com<br>URL:<br>http://blogs.fanbox.com/SinglePost.aspx?pbid=1971401&post=2818556&mode=&link=-1&page=-1&dt=010108&mlid=-1&vet=-1&src=-1&bts=2&fs=-1&apid=-1<br>Observed Date: 07/02/2013 |

 

| Photo Owner: Tim Shobe | Domain: www.fanbox.com |
|---|---|
| Photo ID Number: 10245306 | URL: |
| Date Taken: 00/00/0000 | http://blogs.fanbox.com/recyclehorseshoes |
| Photo Description: Kayaker nearly swallowed by a whale. | Observed Date: 07/15/2013 |
| Photo Location: Alaska | |
| Copyright Application Date: 00/00/0000 | |
| Application Number: 1-357578241 | |
| Copyright Registration Date: 03/18/2010 | |
| Registration Number: VA0001706606 | |

 

| | |
|---|---|
| Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3141567<br>Date Taken: 10/16/2012<br>Photo Description: A picture of Holly Madison doing yoga.<br>Photo Location: California<br>Copyright Application Date: 11/19/2012<br>Application Number: 1-844507495<br>Copyright Registration Date: 11/19/2012<br>Registration Number: VA0001848033 | Domain: www.fanbox.com<br>URL: http://blogs.fanbox.com/SinglePost.aspx?pbid=1971401&post=2818556&mode=&link=-1&page=-1&dt=010108&mlid=-1&vet=-1&src=-1&bts=2&fs=-1&apid=-1<br>Observed Date: 07/16/2013 |